AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 04 2019

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-19-0234 |
| Leonardo FLORES-Solis<br>YOB: 1993 Mexican National | ) ) ) ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 3, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from the United Mexican States approximately 7.64 kilograms of cocaine, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 7.64 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

*Complainant's signature*

John Reinosa / HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/04/2019

*Judge's signature*

J. Scott Hacker / U.S. Magistrate Judge
*Printed name and title*

City and state: McAllen, TX

## Attachment "A"

On February 3, 2019, a vehicle driven by Leonardo FLORES-Solis made entry at the Pharr Port of Entry in Pharr, Texas through the primary inspection station. The vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) A. Marquez. According to CBPO Marquez, FLORES claimed ownership of the vehicle and told Marquez that he was going to McAllen to go shopping and watch the Super Bowl at a friend's house.

CBPO R. Reyes and Narcotics Detection Dog (NDD) "Qozak" conducted an inspection of the vehicle. NDD "Qozak" alerted to the vehicle. Further physical inspection revealed a total of 7 packages concealed in the vehicle. The 7 packages weighed approximately 7.64 kilograms and field tested positive for properties of cocaine.

Homeland Security Investigations (HSI) Special Agents (SA) and Customs and Border Protection Task Force Officers (TFO) were advised of the situation. FLORES-Solis and the vehicle were taken to the Hidalgo Port of Entry for extraction of the narcotics. SA's responded to the Hidalgo Port of Entry to interview FLORES-Solis.

HSI SA's proceeded to interview FERNANDEZ-Cruz. FLORES-Solis told SAs and TFOs that he was paid 65,000 Mexican Pesos (approximately $3,400 USD) for his trip from Mexico to Austin, Texas. FLORES-Solis stated that he thought the purpose of his trip was to bring money from Austin, Texas to Mexico. FLORES-Solis stated he suspected the money he was transporting was proceeds of drug smuggling. FLORES-Solis said that he was chosen to work in the smuggling organization because he spoke English, had no criminal history, and had a valid United States Visa.